RELEASED

# U.S. District Court
## U.S. District Court for the Northern District of Oklahoma (Tulsa)
## CRIMINAL DOCKET FOR CASE #: 4:10-mj-00156-FHM All Defendants
### Internal Use Only

Case title: USA v. Livolsi  
Other court case number: 2:10-cr-578 District of Nevada

Date Filed: 12/09/2010

Assigned to: Magistrate Judge Frank H McCarthy

**Defendant (1)**

| | | |
|---|---|---|
| **Linda Livolsi** | represented by | **Anthony Lee Allen** <br> Graham Allen & Brown PC <br> 427 S BOSTON AVE STE 355 <br> TULSA, OK 74103 <br> 918-948-6171 <br> Fax: 800-460-3446 <br> Email: tony@lawtulsa.com <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* |
| | | **Scott Alan Graham** <br> Graham Allen & Brown PC <br> 427 S BOSTON AVE STE 355 <br> TULSA, OK 74103 <br> 918-948-6171 <br> Fax: 918-398-9096 <br> Email: scott@lawtulsa.com <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* |

**Pending Counts**  **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**  **Disposition**
None

**Highest Offense Level (Terminated)**

None

**Complaints**

18:1349 Conspiracy to Commit Wire Fraud, 18:1343 Wire Fraud

**Disposition**

---

**Plaintiff**

**USA**  represented by  **Ryan Souders**
United States Attorney's Office (Tulsa)
110 W 7TH ST STE 300
TULSA, OK 74119-1013
918-382-2700
Fax: 9180560-7954
Email: ryan.souders@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 12/09/2010 | 5 | ☐ | Letter to Clerk of the District of Nevada *re Rule 5 papers* as to Linda Livolsi (crp, Dpty Clk) (Entered: 12/09/2010) |
| 12/09/2010 | 4 | ☐ | ORDER by Magistrate Judge Frank H McCarthy, setting conditions of release as to Linda Livolsi (crp, Dpty Clk) (Entered: 12/09/2010) |
| 12/09/2010 | 3 | ☐ | BOND approved by Magistrate Judge Frank H McCarthy as to Linda Livolsi (crp, Dpty Clk) (Entered: 12/09/2010) |
| 12/09/2010 | 2 | ☐ | WAIVER of Rule 5 Hearing by Linda Livolsi (crp, Dpty Clk) (Entered: 12/09/2010) |
| 12/09/2010 | 1 | ☐ | MINUTES of Proceedings - held before Magistrate Judge Frank H McCarthy: Initial Appearance in Rule 5 Proceedings held on 12/9/2010, adding attorney Scott Alan Graham,Anthony Lee Allen for Linda Livolsi, setting/resetting bond as to Linda Livolsi (Court Reporter: C1) (crp, Dpty Clk) (Entered: 12/09/2010) |
| 12/09/2010 |   |   | ARREST on Charges Pending in Another District(Rule 5) by USA as to Linda Livolsi (crp, Dpty Clk) (Entered: 12/09/2010) |

[ View Selected ]

or

[ Download Selected ]