# CRIMINAL INFORMATION SHEET

Date: 12/9/10     Judge: ☒ MJ McCarthy    Deputy: ☐ Joan Mayes
USPO: Kehoe                                     ☐ MJ Cleary       ☐ Karen Perkins
Interpreter: No          ; ☐ Sworn    ☐ MJ Wilson       ☒ Camie Portilloz
Case No. 10-MJ-156-FHM    USA v. Linda Livolsi
Defendant's Age: 42   Sex: F   City/State: Cleveland, OK
Date of Arrest: 12/9/10    Arrested By: FBI             ☐ Detention Requested by AUSA
Bail Recommendation: $ 25,000      ☒ Unsecured

**Additional Conditions of Release:**

6. ☐ Defendant placed in custody of: _____
7. ☒ a ☐ f ☐ k ☒ p (1,2,3,4,5,6)
   ☒ b ☐ g ☐ l ☐ q (1,2,3,4,5,6,7,8)
   ☒ c ☒ h ☒ m ☐ r (1,2,3,4,5,6)
   ☐ d ☒ I ☐ n ☐ s
   ☐ e ☐ j ☐ o ☐ t (other) _____

Defendant Requests Federal Public Defender/Ct. Appt. Counsel: ☐ Yes ☒ No
Defendant's Attorney: Scott Graham + Tony Allen    ☐ FPD; ☐ Ct. Appt; ☒ Ret Counsel
AUSA: Ryan Souders

**MINUTES:**

☒ Defendant appears in person for IA on: ☐ Indictment; ☐ Information; ☐ Complaint; ☐ Petition; ☒ Rule 5
with: ☒ Ret Counsel; ☐ FPD; ☐ Ct. Appt; ☐ w/o Counsel

☐ Financial Affidavit received and FPD/CJA appointed; ☐ Present ☐ Not Present

Defendant's name as reflected in the indictment/information/complaint/petition/Rule 5 is the true and correct legal name:
    ☐ Verified in open court
    ☐ Corrected by interlineation to _____
      to reflect Defendant's true and correct name and all previous filings are amended by interlineation to reflect same.
    ☐ Unable to verify in open court: ☐ U.S. Atty. to verify & advise court; ☐ Defendant's Attorney to verify & advise court;

Waivers executed and filed: ☐ of Indictment; ☐ of Preliminary Exam; ☐ of Detention Hearing; ☒ of Rule 5 Hearings

☒ Bond set for $25,000.00 _____; Bond and conditions of release executed

☐ Government's Motion for Detention and Detention Hearing filed in open court

☐ Arraignment held and Defendant pleads Not Guilty; Court accepts plea; ☐ Scheduling dates to be mailed to counsel

☐ Initial Appearance continued to: _____ at _____ a.m./p.m.

☐ Arraignment scheduled: _____ at _____ a.m./p.m.

☐ Detention Hearing scheduled: _____ at _____ a.m./p.m.

☐ Preliminary Exam scheduled: _____ at _____ a.m./p.m.

☐ Defendant remanded to custody of U.S. Marshal; ☐ Pending further proceeding; ☐ Pending release on bond for treatment

Additional Minutes: Gov't counsel advises court date in Nevada has been changed to 1-12-11 @ 3:00pm.

Criminal Information Sheet                                                 CR-24 (9/10)