# UNITED STATES DISTRICT COURT

### for the

### Northern District of District

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   10-mj-156-FHM |
| | ) | |
| Linda Livolsi | ) | Charging District's Case No.  2:10-cr-578 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other*   Nevada
*court)*

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days
otherwise —
          unless I am indicted — to determine whether there is probable cause to believe that an offense has
          been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☐     an identity hearing, production of the warrant, and any preliminary or detention hearing to
          which I may
          be entitled in this district.  I request that those hearings be held in the prosecuting district, at a
          time set          by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the
charges are pending against me.

Date:   12/9/10

_____
Defendant's signature

_____
Signature of defendant's attorney

Scott Graham
_____
Printed name of defendant's attorney