MATTHEW T. DUSHOFF, ESQ.
Nevada Bar No. 004975
MICHAEL D. DAVIDSON, ESQ.
Nevada Bar No. 000878
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:   mdushoff@klnevada.com
          mdavidson@klnevada.com

Attorneys for Linda Livolsi

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>vs.<br><br>LINDA LIVOLSI, aka Linda Grogg,<br><br>                    Defendant. | 2: 10-cr-0578-PMP-RJJ<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT** |

### FINDINGS OF FACT

Based on the pending Motion to Withdraw as Counsel of Record for Defendant, and good cause appearing therefore, the Court hereby finds that:

1. Defendant Linda Livolsi has failed to comply with her obligation to pay for legal services;

2. Withdrawal by Counsel Kolesar & Leatham is permitted pursuant to Local Rule IA 10-6;

3. Failure to pay legal fees is an accepted justification for withdrawal of any attorney and Nevada Rules of Professional Conduct, Rule 1.16 specifically allows withdrawal when a client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and when the representation will result in an unreasonable financial burden; and

4.  Kolesar & Leatham's withdrawal as counsel will not result in any prejudice to Defendant.

### CONCLUSIONS OF LAW

For all of the above-stated reasons, the ends of justice would best be served by permitting Kolesar & Leatham to withdraw as counsel of record for Defendant.

### ORDER

**IT IS THEREFORE ORDERED** that said Motion is hereby GRANTED.

**IT IS FURTHER ORDERED** that all further papers and pleadings in regard to the above-captioned mater shall be served on Linda Livolsi at her last known address at Post Office Box 623, Cleveland, OK  74020.

DATED this _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

*[signature]*

Matthew T. Dushoff, Esq.
Nevada Bar No. 004975
**KOLESAR & LEATHAM, CHTD.**
400 S. Rampart Blvd., Suite 400
Las Vegas, Nevada  89145

*Attorneys for Defendant Linda Livolsi*