UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | 2:10-CR-00578-PMP-RJJ |
| v. | ) ) | |
| LINDA LIVOLSI, | ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED that Defendant Linda Livolsi shall file a response to Plaintiff United States of America's Motion to Order Defendant to Submit to an Independent Medical Examination (Doc. #70) on or before September 4, 2012.

IT IS FURTHER ORDERED that Plaintiff United States of America shall file a reply on or before September 10, 2012.

DATED: August 28, 2012

_____
PHILIP M. PRO
United States District Judge