DANIEL G. BOGDEN
United States Attorney
J. GREGORY DAMM
Assistant United States Attorney
333 Las Vegas Boulevard South
Fifth Floor
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-00578-PMP-RJJ |
| | ) | |
| Plaintiff, | ) | **ENTRY OF APPEARANCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| LINDA LIVOLSI, | ) | |
| aka Linda Grogg, | ) | |
| | ) | |
| Defendant(s). | ) | |

      COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and J. Gregory Damm, Assistant United States Attorney, and files this Entry of Appearance.

      DATED this 11th day of March, 2013.

      Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/S/ J. Gregory Damm
_____
J. GREGORY DAMM
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:10-CR-00578-PMP-RJJ |
| ) | |
| vs. ) | |
| ) | |
| LINDA LIVOLSI, ) | |
| aka Linda Grogg, ) | |
| ) | |
| Defendant. ) | |

CERTIFICATE OF SERVICE

I, J. Gregory Damm, do hereby certify that on March 11, 2013, a copy of the attached Notice of Appearance was sent via electronic mail to the person hereinafter named:

    Addressee:

        Patrick E. McDonald, Esq.

        /S/ J. Gregory Damm
        _____
        J. GREGORY DAMM
        Assistant United States Attorney