UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LINDA LIVOLSI,

    Defendant.

2:10-cr-578-PMP-GWF

ORDER

    On May 28, 2013, the Court relieved Patrick E. McDonald, Esq. as counsel. (#88) Appointment of new counsel is required. Therefore;

    IT IS HEREBY ORDERED that the Federal Public Defender is appointed as counsel for Linda Livolsi in place of Patrick E. McDonald, Esq. for all future proceedings.

    IT IS FURTHER ORDERED that Mr. McDonald shall forward the file to the Federal Public Defender forthwith.

    DATED this 18th day of June, 2013.

GEORGE FOLEY, JR.
United States Magistrate Judge