1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   RICHARD F. BOULWARE
3  Assistant Federal Public Defender
   411 E. Bonneville Avenue, Ste. 250
4  Las Vegas, Nevada 89101
   (702) 388-6577 (Voice)
5  (702) 388-6261 (Fax)

6  Attorneys for **LINDA LIVOLSI**

                    UNITED STATES DISTRICT COURT

                         DISTRICT OF NEVADA

   UNITED STATES OF AMERICA,           )  2:10-cr-578-PMP-GWF
                                       )
           Plaintiff,                  )  **STIPULATION TO CONTINUE**
                                       )  **MOTION DEADLINES AND TRIAL**
   vs.                                 )  **DATES**
                                       )
   LINDA LIVOLSI,                      )  (Eighth Request - First Request By New
                                       )  Defense Counsel)
           Defendant.                  )

   IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and J. Gregory Damm, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Richard F. Boulware, Assistant Federal Public Defender, counsel for LINDA LIVOLSI, that the calendar call currently set for August 14, 2013 at 9:30 a.m., and the trial currently scheduled for August 20, 2013 at 9:00 a.m., be vacated and set to a date and time convenient for this Court; however, no event earlier than sixty (60) days.

   IT IS FURTHER STIPULATED AND AGREED, that the parties herein shall have to and including September 13, 2013, within which to file any and all pretrial motions and notice of defense.

   IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including September 27, 2013, within which to file any and all responsive pleadings.

   ///

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including October 4, 2013, within which to file any and all replies to dispositive motions.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant was only permanently appointed on July 3, 2013. Defense counsel therefore needs additional time to complete his review of the evidence in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to effectively and thoroughly research, prepare and file appropriate pretrial motions, and prepare for trial.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(A) and Title 18, United States Code, Section 3161(h)(7)(A), considering the facts under Title 18, United States Code, §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

6. This is the eight request for a continuance filed herein.

DATED this 2nd day of August, 2013.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Richard F. Boulware*<br>By: _____<br>  RICHARD F. BOULWARE,<br>  Assistant Federal Public Defender<br>  Counsel for Linda Livolsi | */s/ J. Gregory Damm*<br>By: _____<br>  J. GREGORY DAMM<br>  Assistant United States Attorney<br>  Counsel for Plaintiff |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LINDA LIVOLSI,<br><br>　　　　　　Defendant. | 2:10-cr-578-PMP-GWF<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

### FINDINGS OF FACTS

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant was only permanently appointed on July 3, 2013. Defense counsel therefore needs additional time to complete his review of the evidence in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to effectively and thoroughly research, prepare and file appropriate pretrial motions, and prepare for trial.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(A) and Title 18, United States Code, Section 3161(h)(7)(A), considering the facts under Title 18, United States Code, §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

6. This is the eight request for a continuance filed herein.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the motion deadlines and trial dates.

///

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, title 18, United States Code, Section 3161(h)(1)(A) and Title 18 United States Code, Section 3161(h)(7)(A), when considering the facts under Title 18, United States Code, §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

## ORDER

IT IS FURTHER STIPULATED AND AGREED, that the parties herein shall have to and including September 13, 2013, within which to file any and all pretrial motions and notice of defense.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including September 27, 2013, within which to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including October 4, 2013, within which to file any and all replies to dispositive motions.

IT IS THEREFORE ORDERED that trial briefs, proposed voir dire questions, proposed jury instructions, and a list of the Government's prospective witnesses must be electronically submitted to the Court by the Wednesday, October 30, 2013,

IT IS FURTHER ORDERED that the calendar call currently set for August 14, 2013 at the hour of 9:30 a.m., be vacated and continued to Wednesday, October 30, 2013, at 9:30 a.m. the trial currently scheduled for August 20, 2013 at the hour of 9:00 a.m., be vacated and continued to Tuesday, November 5, 2013, at 9:00 a.m.

DATED this 5th day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE