RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Linda Livolsi

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>LINDA LIVOLSI,<br>Defendant. | 2:10-cr-578-PMP-GWF<br><br>**NOTICE OF APPEARANCE** |

NOTICE is hereby given that Assistant Federal Public Defender MONIQUE KIRTLEY, will now serve as counsel for the above-captioned defendant.

Counsel's address is as follows:

Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101

DATED this 30th day of September, 2013.

RENE L. VALLADARES
Federal Public Defender

By: */s/ Monique Kirtley*
MONIQUE KIRTLEY
Assistant Federal Public Defender

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Law Offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on September 30, 2013, she served an electronic copy of the above and foregoing **NOTICE OF APPEARANCE**, by electronic service (ECF) to the person named below:

DANIEL G. BOGDEN
United States Attorney
J. Gregory Damm
Assistant United States Attorney
333 Las Vegas Blvd. So., 5th Floor
Las Vegas, Nevada 89101

*/s/ Karen Meyer*
Employee of the Federal Public Defender