RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Linda Livolsi

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>LINDA LIVOLSI,<br><br>                    Defendant. | 2:10-cr-578-PMP-GWF<br><br>**STIPULATION TO CONTINUE MOTION DEADLINES AND TRIAL DATES**<br>(First Request by New Counsel) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and J. Gregory Damm, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for defendant LINDA LIVOLSI, that the calendar call currently scheduled for October 30, 2013, at the hour of 9:30 a.m., be vacated and the trial currently scheduled for November 5, 2013, at the hour of 9:00 a.m., be vacated and set to a time and date convenient to this court. However, in no event earlier than one hundred and eighty (180) days.

   IT IS FURTHER STIPULATED AND AGREED, that the parties herein shall have to and including March 12, 2014, by the hour of 4:00 p.m., within which to file any and all pretrial motions and notice of defense.

   IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including March 26, 2014, by the hour of 4:00 p.m., within which to file any all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including April 2, 2014, by the hour of 4:00 p.m., within which to file any and all replies to dispositive motions.

This Stipulation is entered into for the following reasons:

1. Undersigned defense counsel was newly appointed to represent Ms. Livolsi on September 30, 2013. Defense counsel has not had adequate time to review the discovery, which is voluminous, with the defendant.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excusable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

This is the first request to continue motion and trial dates filed herein.

DATED this 17th day of October, 2013.

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States of America |
|---|---|
| */s/ Monique Kirtley*<br>By:_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender<br>Counsel for Linda Livolsi | */s/ J. Gregory Damm*<br>By:_____<br>J. GREGORY DAMM<br>Assistant United States Attorney<br>Counsel for the Plaintiff |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:10-cr-578-PMP-GWF |
|---|---|
| Plaintiff, | FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER |
| vs. | |
| LINDA LIVOLSI, | |
| Defendant. | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Undersigned defense counsel was newly appointed to represent Ms. Livolsi on September 30, 2013. Defense counsel has not had adequate time to review the discovery, which is voluminous, with the defendant.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excusable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

## **CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity

within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excusable under the Speedy Trial Act, title 18, United States Code, Section 3161(h)(1)(A), 3161(h)(7) and Title 18 United States Code, §§ 3161 (h)(7)(A), when the considering the facts under Title 18, United States Code, §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

## **ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including March 12, 2014, by the hour of 4:00 p.m., within which to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including March 26, 2014, by the hour of 4:00 p.m., within which to file any all responsive pleadings.

IT IS FURTHER ORDERED that the parties shall have to and including April 2, 2014, by the hour of 4:00 p.m., within which to file any and all replies to dispositive motions.

IT IS FURTHER ORDERED that trial briefs, proposed voir dire questions, proposed jury instructions, and a list of the Government's prospective witnesses must be electronically submitted to the Court by the ____ day of _____, 2014, by the hour of 4:00 p.m.

IT IS FURTHER ORDERED that the calendar call currently scheduled for October 30, 2013, at the hour of 9:30 a.m., be vacated and continued to _____ at the hour of _____:_____ ____.m.; and the trial currently scheduled for November 5, 2013, at the hour of 9:00 a.m., be vacated and continued to _____ at the hour of _____:_____ ____.m.

DATED ____ day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE