DANIEL G. BOGDEN
United States Attorney
District of Nevada
J. GREGORY DAMM
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-5087

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CR-578-PMP-(GWF) |
| Plaintiff, | GOVERNMENT'S MOTION FOR ORDER TO SHOW CAUSE |
| vs. | |
| LINDA LIVOLSI, | |
| Defendant. | |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and J. Gregory Damm, Assistant United States Attorney, and files its GOVERNMENT'S MOTION FOR ORDER TO SHOW CAUSE. On November 17, 2011, this Court issued an Order to Show Cause (CR # 40) why RGM Enterprises, LLC, should not be held in civil contempt. On November 30, 2011, a hearing was held on the Order to Show Cause. (CR # 41) The defendant did not appear, apparently due to alleged medical issues. The defendant's medical issues have apparently been resolved. (CR # 76 & 77) This Court indicated that the "hearing on the order to show cause will be reset for a future date." (CR # 41) The government urges this Court to promptly reset the Order to Show Cause hearing. "Corporations

1  may not resist a subpoena by asserting a Fifth Amendment privilege.  *Braswell v.*
2  *United States*, 487 U.S. 99 (1988).
3       DATED this 23rd day of October, 2013.
4                           Respectfully submitted,
5                           DANIEL G. BOGDEN
                            United States Attorney
6
7                           /s/ J. Gregory Damm
                            J. GREGORY DAMM
8                           Assistant United States Attorney

<u>Certificate Of Service</u>

I, J. Gregory Damm, hereby certify that I am an employee of the United States Department of Justice, and that on this day I served a copy of the following: GOVERNMENT'S MOTION FOR ORDER TO SHOW CAUSE, upon counsel for all defendants appearing in this matter via the CM/ECF system, by electronically filing said motion.

Dated:      <u>October 23, 2013</u>      <u>/s/ J. Gregory Damm</u>
Assistant United States Attorney
District of Nevada