# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:10-cr-00578-PMP-GWF |
| vs. | ) | **ORDER** |
| LINDA LIVOLSI, | ) | |
| Defendant. | ) | |

This matter comes before the Court on the Government's Motion for Order to Show Cause (#98), filed on October 23, 2013. The previous magistrate judge in this case entered an Order to Show Cause (#40) as to RGM Enterprises, LLC ("RGM") on November 17, 2011, and conducted a show-cause hearing on November 20, 2011. *See Minutes of Proceedings, Doc. #41*. RGM did not attend the hearing. *Id.* RGM submitted documentation on December 7 and December 15, 2011 detailing health conditions that prevented Defendant Livolsi, RGM's representative, from attending the hearing. *See Docs. #43, 44*. The previous magistrate indicated the hearing would be reset at a later date. On November 21, 2012, Livolsi filed a Status Report (#77) indicating that her health problems had subsided. This case was reassigned to the undersigned on January 24, 2013.

**IT IS HEREBY ORDERED** that the Government's Motion for Order to Show Cause (#98) is **granted**.

...

...

...

...

...

1 **IT IS FURTHER ORDERED** that RGM Enterprises, LLC appear before this Court in the District of Nevada, Courtroom 3A on November 7, 2013 at 9:30 AM, to show cause why it should not be held in civil contempt.

DATED this 24th day of October, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge