UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

LINDA LIVOLSI,

            Defendant.

2:10-cr-578-PMP-GWF

~~PROPOSED~~ ORDER

        IT IS THEREFORE ORDERED that the hearing currently scheduled for Tuesday, December 3, 2013, at the hour of 2:30 p.m., be vacated and continued to Tuesday, December 17, 2013 at the hour of 3:30 p.m.

        DATED __3rd__ day of December, 2013.

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE