*S E A L E D*

RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

January 14, 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

LINDA LIVOLSI,

      Defendant.

2:10-cr-578-PMP-GWF

**SEALED ORDER**

      IT IS THEREFORE ORDERED that the hearing currently scheduled for Wednesday, January 15, 2014, at the hour of 3:00 p.m., be vacated and continued to Wednesday, March 26, 2014 at the hour of 3:00 p.m., in Courtroom 3C, before Magistrate Judge Nancy J. Koppe.

      FURTHER ORDERED Ms. Kirtley shall file an Amended Certificate of Service indicating that personal service of the Sealed Motion to Continue Arraignment and Plea was served on government counsel as this case is SEALED, and therefore, electronic service (ECF) will not be automatically generated.

      DATED this 14th day of January, 2014.

_____

UNITED STATES MAGISTRATE JUDGE

3