# EXHIBIT "A"

# EXHIBIT "A"

# Rebound Mental Health
Sharon Pyle, LPC

March 18, 2015

Stanley Hunterton
Hunterton and Associates
333 S 6th St.
Las Vegas, NV 89101

Monique Kirtley
Federal Public Defender
411 E Bonneville Ave Ste. 250
Las Vegas, NV 89101

Dear Mr. Hunterton and Ms. Kirtley,

I am writing this letter at the request and with the express written permission of William and Linda Livolsi to address the issue of their children's emotional well-being in the event both parents are incarcerated. I am currently seeing the Livolsi children in individual and joint sessions in order to establish rapport and be available when the children are informed of critical events involving their family. It is this clinician's opinion that the children are well connected and bonded with their parents and will benefit from having at least one parent residing with them during critical developmental years.

Part of a parent's responsibility is to provide a sense of emotional safety for their children. The concept of emotional safety assures a child that a person they trust and have a connection with is in charge of their environment and care. Children lacking emotional safety tend to have a host of emotional problems as they mature including a lack of ability to concentrate, behavior problems, and low self-esteem. The stress of being separated from both parents inhibits the ability to feel emotionally safe which can affect brain development and emotional control.

Both Nicholas and Sara Livolsi have strong attachments to their parents. Both children are in a stage of development where they see their identity through the eyes of their parents. Both are at an age of learning about themselves, societal rules and successful conflict resolution. Children master these developmental tasks and move on to the next by staying connected to a loving parent acting as their guide. Removal from their parents will greatly hinders developmental

# Rebound Mental Health
Sharon Pyle, LPC

---

Information partially gathered from the following sources:

The Connected Child by Karyn Purvis, Ph.D. and David Cross, Ph.D

http://holtinternational.org/pas/newsletter/2012/08/12/emotional-regulation-felt-safety-a-new-take-on-an-old-term/

http://childdevelopmentinfo.com/child-development/erickson/

http://aspe.hhs.gov/hsp/08/mfs-ip/Innovative/rb.shtml#Family

http://www.researchgate.net/publication/12215651_Parenting_from_prison_helping_children_and_mothers

# Rebound Mental Health

Sharon Pyle, LPC

---

growth in these minor children. For this reason, it is my hope that these children will have in-home access to one parent in the event the other is incarcerated.

I will be happy to provide documentation to support my thoughts on this matter. Please contact me if I can provide further assistance.

Regards,

*Sharon Pyle, LPC*
Sharon Pyle, LPC

6202 S. Lewis, Ste. A
Tulsa, OK 74136
(918) 949-4515 P
(918) 949-4523 F

# EXHIBIT "B"

# EXHIBIT "B"

Exhibit 9

Primary Definition Recidivism Rates[1] for General Demographic Variables, by Criminal History Category
Gender, Age at Sentencing, and Race
Recidivism Study 2003

### CRIMINAL HISTORY CATEGORIES

| Demographic Characteristics | Total Percent Recidivating | Category I Percent Recidivating | Category II Percent Recidivating | Category III Percent Recidivating | Category IV Percent Recidivating | Category V Percent Recidivating | Category VI Percent Recidivating |
|---|---|---|---|---|---|---|---|
| TOTAL[2] | 24,335 | 15,429 | 2,857 | 2,844 | 1,359 | 779 | 1,067 |
| **Gender** | | | | | | | |
| Female | 13.7 | 10.0 | 23.6 | 30.7 | 40.0 | 36.8 | 39.0 |
| Male | 24.3 | 15.2 | 24.1 | 34.7 | 45.0 | 52.8 | 56.3 |
| **Age at Sentence** | | | | | | | |
| Under 21 | 35.5 | 29.5 | 35.6 | 54.7 | 64.3 | 60.1 | 55.0 |
| 21 – 25 | 31.9 | 22.3 | 29.1 | 42.7 | 55.1 | 70.1 | 68.1 |
| 26 – 30 | 23.7 | 13.3 | 27.3 | 33.6 | 43.9 | 53.1 | 58.8 |
| 31 – 35 | 23.8 | 14.6 | 22.7 | 32.7 | 42.7 | 50.8 | 59.3 |
| 36 to 40 | 19.7 | 12.1 | 23.2 | 29.4 | 33.1 | 40.0 | 51.3 |
| 41 to 50 | 12.7 | 6.9 | 13.3 | 24.5 | 45.3 | 35.7 | 41.3 |
| Over 50 | 9.5 | 6.2 | 13.9 | 19.8 | 21.0 | 57.1 | 41.1 |
| **Race** | | | | | | | |
| White | 16.0 | 8.9 | 18.9 | 27.8 | 42.8 | 46.8 | 50.9 |
| Hispanic | 24.3 | 18.9 | 22.9 | 36.0 | 28.1 | 47.0 | 57.8 |
| Black | 32.8 | 23.7 | 31.4 | 41.6 | 48.0 | 55.6 | 60.7 |
| Other[3] | 26.4 | 15.5 | 35.9 | 58.3 | 39.6 | 100.0‡ | 57.1 |

[1] Primary recidivism definition based on offender's re-arrest, including supervised release/ probation violations, re-arrest, or re-conviction.
[2] Number of offenders with a 24 month period at risk of recidivating following either initiation of probation (for offenders receiving probation-only sentences) or release from confinement (for those offenders   receiving confinement sentences).
[3] "Other" race category includes Native Americans and Asians.
‡ Indicates fewer than 10 sample subjects. Findings may not be statistically significant.
SOURCE: U.S. Sentencing Commission, FY1992 Recidivism Sample (U.S. Citizens), 2003, weighted data.

Exhibit 10

Primary Definition Recidivism Rates[1] for General Demographic Variables, by Criminal History Category
Employment, Education, Marital Status, and Illicit Drug Use
Recidivism Study 2003

### CRIMINAL HISTORY CATEGORIES

| Demographic Characteristics | Total Percent Recidivating | Category I Percent Recidivating | Category II Percent Recidivating | Category III Percent Recidivating | Category IV Percent Recidivating | Category V Percent Recidivating | Category VI Percent Recidivating |
|---|---|---|---|---|---|---|---|
| TOTAL[2] | 24,335 | 15,429 | 2,857 | 2,844 | 1,359 | 779 | 1,067 |
| **Employment Status**[3] | | | | | | | |
| Unemployed | 32.4 | 20.6 | 26.8 | 39.4 | 48.0 | 53.0 | 54.5 |
| Employed | 19.6 | 12.7 | 23.3 | 32.1 | 43.1 | 50.8 | 55.7 |
| **Educational Attainment**[4] | | | | | | | |
| Less Than High School | 31.4 | 21.3 | 31.3 | 38.5 | 49.8 | 50.9 | 59.5 |
| High School | 19.3 | 10.6 | 21.8 | 32.5 | 40.1 | 53.5 | 52.6 |
| Some College | 18.0 | 13.9 | 17.8 | 29.0 | 39.0 | 45.6 | 50.0 |
| College Graduate | 8.8 | 7.1 | 6.5 | 18.5 | 34.6 | 73.3 | 36.5‡ |
| **Marital Status** | | | | | | | |
| Never Married | 32.3 | 22.7 | 32.3 | 44.6 | 46.9 | 56.8 | 57.9 |
| Legal Marriage | 13.8 | 9.8 | 13.9 | 25.1 | 40.0 | 41.3 | 52.7 |
| Divorced | 19.5 | 9.8 | 23.3 | 27.2 | 44.0 | 40.1 | 51.1 |
| Other[5] | 22.9 | 12.9 | 23.1 | 31.4 | 45.1 | 62.0 | 55.7 |
| **Illicit Drug Use**[6] | | | | | | | |
| No Illicit Drug Use | 17.4 | 10.8 | 21.2 | 31.5 | 40.2 | 53.5 | 53.7 |
| Illicit Drug Use | 31.0 | 21.9 | 27.5 | 37.6 | 49.6 | 49.8 | 56.7 |

---

[1] Primary recidivism definition based on offender's re-arrest, including supervised release/ probation violations, re-arrest, or re-conviction.
[2] Number of offenders with a 24 month period at risk of recidivating following either initiation of probation (for offenders receiving probation-only sentences) or release from confinement (for those offenders receiving confinement sentences).
[3] Employment status during the year prior to the instant offense. "Employed" includes alternative forms of employment and "Unemployed" includes missing values.
[4] Educational Attainment at the time of the instant offense.
[5] "Other" marital status category includes "Co-habituating," "Widowed," and "Separated."
[6] Illicit drug use during the year prior to the instant offense. Missing values counted as "No" illicit drug use.
‡ Indicates fewer than 10 sample subjects. Findings may not be statistically significant.

Exhibit 11

Primary Definition Recidivism Rates[1] for Instant Offense Characteristics, by Criminal History Category
Instant Offense Level and Primary Sentencing Guidelines
Recidivism Study 2003

**CRIMINAL HISTORY CATEGORIES**

| Offense Characteristics | Total Percent Recidivating | Category I Percent Recidivating | Category II Percent Recidivating | Category III Percent Recidivating | Category IV Percent Recidivating | Category V Percent Recidivating | Category VI Percent Recidivating |
|---|---|---|---|---|---|---|---|
| TOTAL[2] | 24,335 | 15,429 | 2,857 | 2,844 | 1,359 | 779 | 1,067 |
| **Instant Offense Level** | | | | | | | |
| 01 – 08 | 22.5 | 15.1 | 29.8 | 37.6 | 44.1 | 54.6 | 62.4 |
| 09 – 10 | 22.5 | 9.6 | 18.3 | 45.4 | 51.0 | 54.4 | 60.6 |
| 11 – 12 | 21.7 | 8.7 | 38.0 | 39.1 | 50.8 | 52.2 | 52.0 |
| 13 – 16 | 22.2 | 14.8 | 23.5 | 37.4 | 39.5 | 50.8 | 58.1 |
| 17 – 21 | 27.3 | 17.5 | 25.7 | 37.5 | 44.1 | 59.6 | 59.6 |
| 22 – 25 | 22.8 | 13.3 | 22.5 | 33.3 | 40.3 | 34.9 | 61.6 |
| 26 – 30 | 20.7 | 18.9 | 19.7 | 19.2 | 39.5 | 43.8 | 41.4 |
| 31 – 43 | 17.5 | 11.1 | 12.2 | 22.4 | 30.6 | 46.2 | 39.9 |
| **Primary Sentencing Guideline** | | | | | | | |
| §2D1.1 (drug traf.) | 21.2 | 16.7 | 19.8 | 26.1 | 37.7 | 46.1 | 43.8 |
| §2F1.1 (fraud) | 16.9 | 9.3 | 26.3 | 33.8 | 42.3 | 51.2 | 53.4 |
| §2B1.1 (larceny) | 19.1 | 11.6 | 37.9 | 56.6 | 43.0 | 7.4 | 58.0 |
| §2K2.1 (firearms) | 42.3 | 23.7 | 26.8 | 44.1 | 53.0 | 8.2 | 63.4 |
| §2B3.1 (robbery) | 41.2 | 33.7 | 31.4 | 38.8 | 57.1 | 45.2 | 70.5 |
| All Other Guidelines | 20.5 | 12.6 | 23.6 | 3.1 | 11.5 | 50.7 | 55.1 |

[1] Primary recidivism definition based on offender's re-arrest, including supervised release/ probation violations, re-arrest, or re-conviction.
[2] Number of offenders with a 24 month period at risk of recidivating following either initiation of probation (for offenders receiving probation-only sentences) or release from confinement (for those offenders receiving confinement sentences).
[3] The sentence imposed for the offender's instant offense, presented in months.
SOURCE: U.S. Sentencing Commission, FY1992 Recidivism Sample (U.S. Citizens), 2003, weighted data.

Exhibit 12

**Primary Definition Recidivism Rates[1] for Instant Offense Characteristics, by Criminal History Category**
**Type of Sentence, Length of Sentence, and Departure Status**
Recidivism Study 2003

## CRIMINAL HISTORY CATEGORIES

| Offense Characteristics | Total Percent Recidivating | Category I Percent Recidivating | Category II Percent Recidivating | Category III Percent Recidivating | Category IV Percent Recidivating | Category V Percent Recidivating | Category VI Percent Recidivating |
|---|---|---|---|---|---|---|---|
| TOTAL[2] | 24,335 | 15,429 | 2,857 | 2,844 | 1,359 | 779 | 1,067 |
| **Type of Sentence** | | | | | | | |
| Fine Only | 1.2 | 0.0‡ | 0.0‡ | 0.0‡ | 100.0‡ | 0.0‡ | 0.0‡ |
| Probation Only | 15.1 | 12.7 | 21.8 | 36.4 | 42.9 | 64.7 | 57.1‡ |
| Probation + Alternatives | 16.7 | 13.3 | 29.4 | 37.2 | 44.1 | 73.3 | 58.3‡ |
| Prison + Alternatives | 18.3 | 12.1 | 26.3 | 32.5 | 57.1 | 50.0 | 58.3 |
| Prison Only | 25.6 | 14.8 | 23.6 | 34.0 | 44.2 | 50.8 | 55.1 |
| **Length of Sentence[3]** | | | | | | | |
| 0 | 15.7 | 12.8 | 25.2 | 36.8 | 44.4 | 68.8 | 57.7 |
| 01 – 05 | 14.3 | 7.4 | 32.7 | 31.2 | 66.7 | 55.6 | 25.0‡ |
| 06 – 11 | 27.1 | 17.2 | 25.0 | 45.5 | 42.3 | 64.0 | 57.7 |
| 12 – 23 | 28.4 | 16.5 | 27.2 | 40.4 | 51.0 | 50.7 | 61.0 |
| 24 – 59 | 26.8 | 14.0 | 22.9 | 34.4 | 44.6 | 51.3 | 57.3 |
| 60 or More | 22.7 | 15.1 | 19.1 | 22.3 | 36.6 | 46.7 | 49.7 |
| **Departure Status** | | | | | | | |
| Within Guideline | 23.3 | 14.6 | 25.5 | 37.0 | 45.8 | 51.7 | 56.8 |
| Upward Departure | 27.8 | 0.0‡ | 14.3‡ | 22.2 | 44.4 | 57.1 | 57.1 |
| Substantial Asst. | 17.9 | 11.5 | 19.0 | 24.7 | 40.2 | 57.7 | 51.8 |
| Other Downward | 23.0 | 16.7 | 27.3 | 29.8 | 39.2 | 30.5 | 54.4 |

[1] Primary recidivism definition based on offender's re-arrest, including supervised release/ probation violations, re-arrest, or re-conviction.
[2] Number of offenders with a 24 month period at risk of recidivating following either initiation of probation (for offenders receiving probation-only sentences) or release from confinement (for those offenders receiving confinement sentences).
[3] The sentence imposed for the offender's instant offense, presented in months.
‡ Indicates fewer than 10 sample subjects. Findings may not be statistically significant.
SOURCE: U.S. Sentencing Commission, FY1992 Recidivism Sample (U.S. Citizens), 2003, weighed data.

Exhibit 13
Offenders' Recidivating Offense Under the Primary Recidivism Definition,[1]
by Criminal History Category
Recidivism Study 2003

## CRIMINAL HISTORY CATEGORIES

| | Total Percent | Category I Percent | Category II Percent | Category III Percent | Category IV Percent | Category V Percent | Category VI Percent |
|---|---|---|---|---|---|---|---|
| TOTAL PERCENT | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| Recidivating Offense Type[2] | | | | | | | |
| Probation Rev. | 20.8 | 24.1 | 21.8 | 20.8 | 17.8 | 14.7 | 15.2 |
| Supervision Rev. | 18.6 | 14.0 | 17.4 | 19.6 | 25.1 | 26.7 | 23.1 |
| Fraud | 4.8 | 5.9 | 5.1 | 5.1 | 2.5‡ | 2.1‡ | 4.0 |
| Drug Possession | 5.6 | 5.2‡ | 2.6‡ | 8.8 | 4.5 | 6.4 | 5.5 |
| Drug Trafficking | 8.8 | 11.1 | 9.3 | 7.4 | 7.6 | 6.7 | 4.1 |
| Larceny | 7.7 | 6.9 | 8.0 | 5.6 | 5.7 | 9.5 | 14.9 |
| DUI | 4.9 | 6.1 | 6.0 | 5.0 | 2.3‡ | 2.8‡ | 3.1 |
| Serious Violent Offense[3] | 11.7 | 9.6 | 13.5 | 12.2 | 16.3 | 10.8 | 12.5 |
| Other | 17.1 | 17.1 | 16.3 | 15.5 | 18.2 | 20.3 | 17.6 |
| | (N=5,377)[4] | (N=2,128)[4] | (N=687)[4] | (N=974)[4] | (N=606)[4] | (N=400)[4] | (N=582)[4] |

[1] Primary recidivism definition based on offender's re-arrest, including supervised release/ probation violations, re-arrest, or re-conviction.
[2] Offense types only for offenders[4] who had a first recidivism event during the 24 month recidivism follow-up period after either initiation of probation (for offenders receiving probation-only sentences) or release from confinement (for those offenders receiving confinement sentences).
[3] "Serious Violent Offense" category includes re-arrests for the following offense types: homicide, kidnaping, robbery, sexual assault, aggravated assault, domestic violence, and weapon offenses.
[4] Number of offenders who recidivated in the given CHC.
‡ Indicates fewer than 10 sample subjects. Findings may not be statistically significant.
SOURCE: U.S. Sentencing Commission, FY1992 Recidivism Sample (U.S. Citizens), 2003, weighted data.

# EXHIBIT "C"

# EXHIBIT "C"

Exhibit 6
Recidivism Rates, by Criminal History Category and Criminal History Points
With Details for Zero Point Offender Categories
Recidivism Study 2003

| | Total Zeroes | | ZERO POINT OFFENDERS – CRIMINAL HISTORY CATEGORY I | | | | | | | | ONE POINT OFFENDERS | | CATEGORIES II – VI TWO OR MORE POINT OFFENDERS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Group A no arrests | | Group B no convictions | | Group C never-count conv³ | | Remaining Zeroes | | | | | |
| | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| **TOTAL¹** | 12,546 | 100.0 | 7,448 | 100.0 | 2,089 | 100.0 | 416 | 100.0 | 2,592 | 100.0 | 2,882 | 100.0 | 8,895 | 100.0 |
| **Primary Recidivism Definition³** | | | | | | | | | | | | | | |
| Did Recidivate | 1,465 | 11.7 | 508 | 6.8 | 359 | 17.2 | 36‡ | 8.8 | 561 | 21.7 | 650 | 22.6 | 3,250 | 36.5 |
| Did NOT Recidivate | 11,081 | 88.3 | 6,940 | 93.2 | 1,730 | 82.8 | 380 | 91.2 | 2,031 | 78.3 | 2,231 | 77.4 | 5,646 | 63.5 |
| **Re-Conviction Recidivism Definition⁴** | | | | | | | | | | | | | | |
| Did Recidivate | 442 | 3.5 | 184 | 2.5 | 111‡ | 5.3 | 12‡ | 2.9 | 134 | 5.2 | 158 | 5.5 | 913 | 10.3 |
| Did NOT Recidivate | 12,104 | 96.5 | 7,264 | 97.5 | 1,978 | 94.7 | 404 | 97.1 | 2,458 | 94.8 | 2,723 | 94.5 | 7,981 | 89.7 |

¹ Number of offenders with a 24 month period at risk of recidivating following either initiation of probation (for offenders receiving probation-only sentences) or release from confinement (for those offenders receiving confinement sentences).
² Prior Arrests with no dispositions and convictions for only the "never-count" offenses specifically listed in §4A1.2(c)(2).
³ Primary recidivism definition based on offender's re-arrest, including supervised release/ probation violations, re-arrest, or re-conviction.
⁴ Re-conviction recidivism definition based solely on the offender's re-conviction, excluding any supervised release/ probation violations or re-arrests.
‡ Indicates fewer than 10 sample subjects. Findings may not be statistically significant.
SOURCE: U.S. Sentencing Commission, FY1992 Recidivism Sample (U.S. Citizens), 2003, weighted data. Missing data are excluded, unless specified.

Exhibit 7

Number of Prior Arrests,[1] by Criminal History Category I
With Details for Zero Point Offender Categories
Recidivism Study 2003

## CRIMINAL HISTORY CATEGORY I

| Offender's Number of Prior Arrests[1] | Total Zeroes | | ZERO POINT OFFENDERS ||||||| ONE POINT OFFENDERS | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Group A no arrests[2] | | Group B no convictions | | Group C never-count conv[3] | | Remaining Zeroes | | |
| | N | % | N | % | N | % | N | % | N | % | N | % |
| TOTAL | 14,845 | 100.0 | 8,854 | 100.0 | 2,499 | 100.0 | 460 | 100.0 | 3,032 | 100.0 | 3,231 | 100.0 |
| 0 Arrests | 10,710 | 72.1 | 8,854 | 100.0 | 0‡ | 0.0 | 303 | 65.9 | 1,553 | 51.2 | 1,722 | 53.3 |
| 01 Arrest | 2,265 | 15.3 | 0 | 0.0 | 1,465 | 58.6 | 124 | 26.9 | 677 | 22.3 | 685 | 21.2 |
| 02 Arrests | 992 | 6.7 | 0 | 0.0 | 570 | 22.8 | 23‡ | 4.9 | 400 | 13.2 | 363 | 11.2 |
| 03 Arrests | 387 | 2.6 | 0 | 0.0 | 207 | 8.3 | 10‡ | 2.3 | 169 | 5.6 | 183 | 5.7 |
| 04 – 09 Arrests | 469 | 3.2 | 0 | 0.0 | 257 | 10.3 | 0‡ | 0.0 | 212 | 7.0 | 225 | 7.0 |
| 10+ Arrests | 21‡ | 0.1 | 0 | 0.0 | 0‡ | 0.0 | 0‡ | 0.0 | 21‡ | 0.7 | 52‡ | 1.6 |

[1] Prior arrests that did not result in a conviction (i.e., these arrests were found not guilty, dismissed, were pending, on warrant status, or disposition records could not be located by P.O.).
[2] Group A offender's do not have prior arrests, by definition.
[3] Prior Arrests with no dispositions and only for "never-count" convictions for the offenses specifically listed in §4A1.2(c)(2).
‡ Indicates fewer than 10 sample subjects. Findings may not be statistically significant.
SOURCE: U.S. Sentencing Commission, FY1992 Recidivism Sample (U.S. Citizens), 2003, weighted data. Missing data are excluded, unless specified.

### Exhibit 8
### Recidivism Rates, by Prior Arrests for Offenders With No Prior Convictions
(First Offender Group A and Group B)

| Offender's Number of Prior Arrests | Two-Year Recidivism Rates |
|---|---|
| **Group A** | |
| 0 arrests | 6.8 |
| **Group B** | |
| 1 arrest | 13.2 |
| 2 or more arrests | 23.2 |

SOURCE: U S Sentencing Commission, FY1992 Recidivism Sample (U S Citizens), 2003, weighted data