```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
            COUNSEL/PARTIES OF RECORD

            APR 2 1 2015

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-578-APG-(GWF) |
| LINDA LIVOLSI, aka<br>LINDA G. FINDLEY, aka<br>LINDA GROGG, | ) |
| Defendant. | ) |

## ORDER OF FORFEITURE

This Court found on October 15, 2014, that LINDA LIVOLSI, aka LINDA G. FINDLEY, aka LINDA GROGG, shall pay the criminal forfeiture money judgment of $5,015,000 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Superseding Criminal Indictment, ECF No. 110, Change of Plea, ECF No. 181; Plea Agreement, ECF No. 182; Order of Forfeiture, ECF No. 183.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from LINDA LIVOLSI, aka LINDA G. FINDLEY, aka LINDA GROGG, the criminal forfeiture money judgment in the amount of $5,015,000 in United States Currency pursuant to Fed. R.

///

///

///

1 | Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) with Title 28,
2 | United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).
3 | DATED this 21st day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE