# EXHIBIT "A"

# EXHIBIT "A"



## Confidential Fax Transmission

**Saint Francis Hospital**
**Health Information Department**
6161 South Yale Avenue
Tulsa, Oklahoma 74136
Phone: (918) 494-1200
Fax: (918) 494-1737/(918) 494-6222

**Date:** 7/20/15

**To:**

**Phone Number:**
**Fax Number:**

PLEASE CONTACT US SHOULD YOU HAVE ANY QUESTIONS
REGARDING THIS FAX TRANSMISSION

### NOTICE

**IMPORTANT** - This facsimile is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you have received this facsimile in error, you are hereby notified that we do not consent to any reading, dissemination, distribution or copying of this facsimile. If you have received this communication in error, please notify the sender immediately by telephone and destroy the transmitted information. Violators may be prosecuted.

### NOTICE TO THE RECIPIENT OF COPIES OF MEDICAL RECORDS
### RELATED TO SUBSTANCE ABUSE

This information has been disclosed to you from records protected by federal confidentiality rules (42 C.F.R Part II). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 C.F.R. Part II. A general authorization for the release of medical or other information is not sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

To whom it may concern:

Ms Linda Livolsi (DOBXX/XX/XXXX) is a 47 yo female that has been under my care and medical supervision for the last four months. Ms Livolsi has a rather complex list of medical conditions that include seronegative lupus, fibromyalgia, chronic pain syndrome, Colitis, Hypothyroidism, and recurrent migraine headaches. She also has a remote history of pneumocystis jirovec pneumonia and acute myelogenous leukemia in remission. She has been recently evaluated for idiopathic syncope and bloody diarrhea that has required two separate hospitalization in the last three months. She currently has multiple outstanding specialty appointments with Oncology, Gastroenterology, and Rheumatology in the next three weeks. The patient is currently using high level of controlled medications including narcotics that will need to be modified prior to her reporting period. The abrupt discontinuation of the immunosuppressant and controlled medication would place the patient at high risk for developing rebound and/or withdrawal symptoms. The patient is working specialist to make drug modification that would be consistent with the care that is available in the Federal Bureau of Prisons. It is my opinion that this transition should completed in the next 4-6 weeks.

List of up-coming appointments:
July 21st - Dr Malloy (Rheumatology), July 27th Gastroenterology, Aug - 10th Dr Janjua (Hematology)

Per Patient which I have not confirmed includes: Aug - 13th Pain Management, Aug - 17th Optometrist

Below is a current list of her medications:

Current Outpatient Prescriptions on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| acetaminophen (TYLENOL) 325 mg tablet | Take by mouth as needed for pain. | | |
| cyclobenzaprine (FLEXERIL) 10 mg tablet | Take 1 tablet (10 mg total) by mouth 3 (three) times a day as needed for muscle spasms. | 90 tablet | 0 |
| ergocalciferol (ERGOCALCIFEROL) 50000 UNITS capsule | Take 1 capsule (50,000 Units total) by mouth 1 (one) time a week. | 4 capsule | 12 |
| esomeprazole (NEXIUM) 20 MG capsule | Take 20 mg by mouth every morning before breakfast. | | |
| Fe Fum-FePoly-Vit C-Vit B3 (INTEGRA PO) | Take by mouth every 1 (one) day. | | |
| glycerin, laxative, (GLYCERIN ADULT) 2 G Suppos | Insert 1 suppository into the rectum once. | 10 suppository | 0 |
| Methotrexate Sodium (METHOTREXATE, PF,) 25 MG/ML injection | Inject under the skin 1 (one) time a week. | | |
| Milnacipran HCl (SAVELLA) 100 MG Tab | Take 1 tablet (100 mg total) by mouth 2 (two) times a day. | 60 tablet | 11 |
| ondansetron (ZOFRAN) 4 mg tablet | Take 1 tablet (4 mg total) by mouth every 8 (eight) hours as needed for nausea. | 20 tablet | 0 |
| oxyCODONE (ROXICODONE) 30 mg immediate release tablet | Take 1 tablet (30 mg total) by mouth every 4 (four) hours as needed for pain. | 120 tablet | 0 |
| oxyCODONE HCl ER (OXYCONTIN) 60 MG Tablet Extended Release 12 hour Abuse-Deterrent ER tablet | Take 1 tablet (60 mg total) by mouth every 12 (twelve) hours. | 60 each | 0 |

| | | | |
|---|---|---|---|
| • pregabalin (LYRICA) 150 MG capsule | Take 1 capsule (150 mg total) by mouth 3 (three) times a day. | 90 capsule | 5 |
| • senna-docusate sodium (PERICOLACE) 8.6-50 MG per tablet | Take 2 tablets by mouth every 1 (one) day. | 60 tablet | 1 |
| • sulfamethoxazole-trimethoprim (BACTRIM DS) 800-160 MG per tablet | Take 1 tablet by mouth every 1 (one) day. | | 11 |
| • Thiamine HCl (VITAMIN B-1) 50 MG tablet | Take 1 tablet (50 mg total) by mouth every 1 (one) day. | 30 tablet | 11 |
| • tiotropium (SPIRIVA) 18 MCG inhalation capsule | Place 18 mcg into inhaler and inhale every 1 (one) day. | | |
| • zolpidem (AMBIEN) 10 mg tablet | Take 1 tablet (10 mg total) by mouth nightly as needed for unable to sleep. | 30 tablet | 1 |

No current facility-administered medications on file prior to visit.

If you have any further questions then please feel free to contact my office for further information.

Thank you
Israel Mays, MD