**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>LINDA LIVOLSI,<br><br>　　　　　　　　Defendant. | Case No. 2:10-cr-578-APG-GWF<br><br>**ORDER EXTENDING SELF-SURRENDER DATE FOR LINDA LIVOLSI**<br><br>(Dkt. #213) |

　　Defendant Linda Livolsi has filed an emergency motion to extend her July 24, 2015 self-surrender date based upon upcoming medical appointments. (Dkt. #213.) It is unclear why Ms. Livolsi scheduled these appointments after her self-surrender date, and why she waited so long to notify her counsel of the need to file an emergency motion. The Government has not yet had an opportunity to respond to the emergency motion. Nevertheless, in order to allow Ms. Livolsi some time to address her medical issues, I will extend Ms. Livolsi's self-surrender date four weeks (until August 21, 2015). If Ms. Livolsi wants to extend the self-surrender date beyond August 21, she should file a new motion at least 10 days before then, so the Government has time to respond.

　　IT IS HEREBY ORDERED that Linda Livolsi's emergency motion (Dkt. #213) is GRANTED IN PART. Her self-surrender date is hereby extended to August 21, 2015.

　　Dated: July 21, 2015.

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE