# EXHIBIT "A"

# EXHIBIT "A"








