# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LINDA LIVOLSI,<br><br>Defendant. | Case No. 2:10-cr-578-APG-GWF<br><br>**ORDER DENYING EXTENSION OF SELF-SURRENDER DATE FOR LINDA LIVOLSI**<br><br>(Dkt. #226) |

Defendant Linda Livolsi has filed a third emergency motion to extend her self-surrender date. (Dkt. #226.) The reasons offered in her motion do not justify extending her self-surrender date.

IT IS HEREBY ORDERED that Linda Livolsi's emergency motion **(Dkt. #226) is DENIED.** Her self-surrender date remains as noon on October 30, 2015.

Dated: October 22, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE