UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:10-cr-578-APG-GWF |
|---|---|
| Plaintiff, | **FOURTH ORDER EXTENDING SELF-SURRENDER DATE FOR LINDA LIVOLSI** |
| v. | |
| LINDA LIVOLSI, | (Dkt. #231) |
| Defendant. | |

On October 29, 2015, I extended Defendant Linda Livolsi's self-surrender date to noon on November 13, 2015, so that the Government would have an opportunity to respond to Ms. Livolsi's latest motion. The Government did not file its Opposition by November 9, due to a death in the family of the Government's counsel. Therefore, the deadline for the Government to file its Opposition is extended to **Friday, November 13, 2015**. In order to allow the Government an opportunity to respond, I will grant an additional one-week extension of Ms. Livolsi's self-surrender date, until **noon on Friday, November 20, 2015**.

IT IS HEREBY ORDERED that Linda Livolsi's self-surrender date is hereby extended to **noon on November 20, 2015**.

Dated: November 10, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE