# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:10-cr-578-APG-GWF |
|---|---|
| Plaintiff, | **ORDER CONFIRMING SELF-SURRENDER DATE FOR LINDA LIVOLSI** |
| v. | |
| LINDA LIVOLSI, | (Dkt. #233) |
| Defendant. | |

The Government's response (Dkt. #235) to defendant Linda Livolsi's latest emergency motion (Dkt. #233) to extend her self-surrender date confirms that the Bureau of Prisons has sufficient medical staff and facilities to quickly assess and address Ms. Livolsi's health conditions when she self-surrenders. Therefore, no further extensions of the self-surrender date are needed.

IT IS HEREBY ORDERED that Linda Livolsi's self-surrender date is hereby confirmed as **noon this coming Friday, November 20, 2015**.

Dated: November 17, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE