| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 2:10CR00578 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Linda Livolsi<br>8909 N. 135th E. Avenue<br>Owasso, OK 74055 | Nevada | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Andrew P. Gordon | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 2/26/2019 — TO 2/26/2022 |

| OFFENSE |
|---|
| Wire Fraud and Aiding and Abetting & False Fraudulent Tax Returns |

*[Stamp: AUG 12 2019, CLERK U.S. DISTRICT COURT]*

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___Nevada___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Northern District of Oklahoma___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

___8/13/2019___           _[signature]_
Date           United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___NORTHERN___ DISTRICT OF ___OKLAHOMA___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____           _____
Effective Date           United States District Judge